**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In Re: Subpoenas Issued to MiCamp Solutions, LLC and Micah Kinsler<br><br>In Connection with:<br><br>*Indigitech, Inc.,*<br><br>    *Plaintiff,*<br><br>    *v.*<br><br>*First Data Merchant Services LLC, TeleCheck Services, LLC, and Money Network Financial, LLC,*<br><br>    *Defendants.* | Misc No.<br><br>Pending in the United States District Court for the District of New Jersey— Civil Case No. 1:24-cv-00650<br><br>**[PROPOSED] ORDER GRANTING FIRST DATA MERCHANT SERVICES LLC'S MOTION TO COMPEL COMPLIANCE WITH NON-PARTY SUBPOENAS** |

Before the Court is First Data Merchant Services LLC's Motion to Compel Compliance with Non-Party Subpoenas ("Motion"). Having considered the Motion, any response and reply thereto, and the record in this matter, and being otherwise fully advised,

IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that MiCamp Solutions, LLC and Micah Kinsler shall fully comply with the subpoenas served by First Data and shall produce all documents responsive to those subpoenas within ten (10) days of the date of this Order.

IT IS FURTHER ORDERED that because MiCamp Solutions, LLC and Micah Kinsler failed to timely serve written objections to the subpoenas, any objections to the subpoenas and the requested production are deemed WAIVED.

IT IS FURTHER ORDERED that First Data is awarded its reasonable attorneys' fees and expenses incurred in bringing the Motion. Within fifteen (15) days of the date of this Order, First Data shall file a motion or application setting forth the fees and expenses sought, together with supporting documentation. Any response shall be filed within fourteen (14) days thereafter.

Polsinelli PC
One E. Washington Street, Suite 1200
Phoenix, AZ 85004
(602) 650-2000