UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | | | |
|---|---|---|---|
| **Plaintiff**(s): | **In Re: Subpoenas Issued to MiCamp Solutions, LLC and Micah Kinsler , ;** | **Defendant**(s): | **First Data Merchant Services LLC , ;** |
| County of Residence: Outside the State of Arizona | | County of Residence: Outside the State of Arizona | |
| County Where Claim For Relief Arose: Maricopa | | | |
| Plaintiff's Atty(s): | | Defendant's Atty(s): | |
| , | | **Blaize Boles ,**<br>Polsinelli | |
| , | | Phoenix, AZ  85004<br>(602) 650-2353 | |

**IFP REQUESTED**

**REMOVAL FROM COUNTY, CASE #**

II. Basis of Jurisdiction:   **4. Diversity (complete item III)**

III. Citizenship of Principal Parties**(Diversity Cases Only)**

| | |
|---|---|
| Plaintiff:- | **2 Citizen of Another State** |
| Defendant:- | **2 Citizen of Another State** |

IV. Origin :   **1. Original Proceeding**

V. Nature of Suit:   **890 Other Statutory Actions**

VI.Cause of Action:   **Miscellaneous action to enforce Subpoena pursuant to FRCP 45. This action is filed to enforce a Subpoena issued by the USDC for the District of New Jersey, Case No. 1:24-cv-00650. The UDSC for the District of Arizona is the Court where compliance is required pursuant to FRCP 26, 37(a), 45(g).**

VII. Requested in Complaint

Class Action:   **No**

Dollar Demand:

Jury Demand:   **No**

VIII. This case **is not related** to another case.

Signature: Blaize Boles

   **Date:** 06.30.2026

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014